IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRE LLC,<br><br>  Plaintiff,<br><br>v.<br><br>COREPHARMA, LLC,<br><br>  Defendant. | Consolidated Civil Action No. 14-05694 (RMB-JS)<br><br>**CONSENT ORDER CONSOLIDATING CASES FOR ALL PRETRIAL PURPOSES** |
| SHIRE LLC,<br><br>  Plaintiff,<br><br>v.<br><br>AMERIGEN PHARMACEUTICALS LIMITED,<br><br>  Defendant. | Civil Action No. 14-06095 (RMB-JS) |
| SHIRE LLC,<br><br>  Plaintiff,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC., and PAR PHARMACEUTICAL COMPANIES INC.,<br><br>  Defendants. | Civil Action No. 15-01454 (RMB-JS) |

**THIS MATTER** having come before the Court by application of Plaintiff Shire LLC for an order consolidating the above-captioned actions for all pretrial discovery and hearings pursuant to Federal Rule of Civil Procedure 42(a); and Defendants CorePharma, LLC, Amerigen Pharmaceuticals Limited, Par Pharmaceutical, Inc. and Par Pharmaceutical Companies

Inc. (collectively, "Defendants") having consented to the entry of this order; and the Court having found that the three actions involve common questions of law and fact; and good cause having been shown:

IT IS on this 27th day of March, 2015 hereby **ORDERED THAT:**

1. Civil Action No. 15-01454 (RMB-JS) is consolidated with Civil Action No. 14-05694 (RMB-JS) and Civil Action No. 14-06095 (RMB-JS) (which two actions were previously consolidated under Consolidated Case No. 14-05694 (RMB-JS)) for all pretrial discovery and hearings;

2. All subsequent filings related to pretrial discovery or hearings in any of the above-captioned actions shall be made in the first-filed action, Civil Action No. 14-05694 (RMB-JS).

Hon. Joel Schneider
United States Magistrate Judge